# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-10876 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | Richard B. Webber II, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Credit Alliance Group, Inc. | | | | Date Filed (f) or Converted (c): | 08/30/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/10/2013 |
| For Period Ending: | 03/31/2017 | | | | Claims Bar Date: | 02/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 24 - 59 1/2L X 29 1/2 W Tables, 6 5 1/2L X 29 1/2 Tables, 1 | 15,500.00 | 15,500.00 | | 7,778.76 | FA |
| 2. Personal property of Shane Garner held by Parsa (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 3. Settlement per Court Order (u) | 0.00 | 110,148.54 | | 110,148.54 | FA |
| 4. Litigation against Lower My Bills and Experian for violation (u) | 0.00 | 4,600,000.00 | | 400,000.00 | FA |
| 5. Potential malpractice suit against atty Green - atty for GAC (u) | 0.00 | 100,000.00 | | 300,000.00 | FA |
| 6. 2011 tax refund from IRS (u) | 0.00 | 7.18 | | 7.18 | FA |
| 7. USAA Life Insurance Co Refund (u) | 0.00 | 1,000.00 | | 1,002.09 | FA |
| 8. Class action complaint in CA # 2:15-CV-3553 (u) | 0.00 | 2,750,000.00 | | 0.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| 10. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| 11. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| 12. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| 13. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $15,500.00   $7,601,655.72   $843,936.57   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Office equipment valued at $15,000 on Sch. B
no secured creditors listed, no UCC's found
Only rec'd 2010 tax return
Only rec'd bank statement for Jan. 2013 (SOFA indicates business stopped on 9/28/12)
10/11/13 - set up in profiles (Same as Shane Garner case # 13-10012) 11000-479
10/30 - app to employ Shattuck as auctioneer filed

11/6 - app to employ Shattuck granted
11/20 - Motion and Notice of Compromise of Controversy filed, obj date up 12/11/13
12/3 - notice of intent to sell at auction filed, obj date up 12/24/13 (auction to be held 1/15/14)
12/18 - app to employ ZKS filed
12/20 - motion to approve compromise granted
12/26 - app to employ ZKS granted
1/3/14 - notice of intent to sell at auction granted (DE 31)
2/4 - auction proceeds rec'd $7,648.26
2/6 - auctioneer report and affidavit filed
2/18 - motion to consolidate cases filed - hearing set 5/6/14 @ 2pm
2/20 - auctioneer cks mailed
2/20 - app to employ accountant filed
2/25 - app to employ accountant granted
3/17 - 2nd auctioneer report and affidavit filed
3/31 - 2nd auctioneer commission mailed
4/16 - motion to redact filed by Texas set for hearing 5/6/14 @ 2pm
5/29 - joint administration granted
7/10 - app to employ GCG filed
7/21 - app to employ GCG granted doc # 65 (not docketed until 7/23)
9/22 - consumer bar date set for 12/12/14
1/9/15 – joint motion to extend consumer bar date – set for hearing 3/12/15 @ 2pm & granted 3/18/15
2/10 - app to pay GCG filed, obj date up 3/3/15 & granted 3/18/15
Trustee and Texas Attorney General pursuing litigation against Lower My Bills, Experian and malpractice against attorney Green - Jury trial set for 8/9/16 @ 9:30am
8/26 - app to employ Schwaba filed (DE 119) & granted 8/27 (DE 120)
8/28 - complaint against Steven L. Green; Underwood Perkins, P.C. 6:15-ap-00102-KSJ; Nature of Suit(s): 11 (Recovery of money/property - 542 turnover of property) (DE 122) ATO # 11000-798
8/28 - complaint against LowerMyBills, Inc. ; Experian Information Solutions, Inc. 6:15-ap-00104-KSJ; Nature of Suit(s): 11 (Recovery of money/property - 542 turnover of property). (DE 123)
9/2 - summons/complaint served on all parties, resp due 10/2/15
9/9 - 2014 estate tax returns mailed & Sch. K-1 mailed to Shane Garner
9/15 - Texas AG and Trustee settled with Lower My Bills for $2.5 mil - $200,000 to go to TX AG, $2.3 mil to estate with $2 mil guarantee payt to consumers (subject to documentation)
9/28 - Green/Underwood filed motion to dismiss 6:15-ap-102 - hearing set for 11/19/15 @ 10:15 am
10/14 - stipulation filed in AP-104 giving Experian until 11/19/15 to respond to complaint
10/30 - final fee app filed for GCG (DE 125)
11/19 - hearings - Taken under advisement. CIOC to February 3, 2016 at 2:15 pm
1/6/16 - Order denying motion to dismiss 6:15-ap-102 (answer due 2/2/16)
2/3 - 6:15-ap-102 Green/Underwood hearing continued to April 7, 2016 at 11:00 am
2/25 - ZKS 1st interim fee app filed, obj date up 3/17/16 (DE 127) - court set for hearing 4/11/16 @ 2:45pm
3/1 - obj to exemption filed, obj date up 3/31/16 (DE 129) - granted 4/4/16 (DE 130)
4/7 - 6:15-ap-102 Green/Underwood hearing continued to July 14, 2016 at 11:00 am
4/11 - hearing held on ZKS fee app - granted - order by Webber (submitted 4/14/16) (DE 134)
4/20 - app to retain expert witness Tobey filed (DE 136) and motion to pay his retainer (DE 137)
4/22 - motion to pay retainer granted (DE 138)
4/27 – app to employ expert witness granted (DE 141)
5/9 - GCG amd final fee app filed (DE 143)
7/19 - 6:15-ap-102 mediation has been ordered to be held by 11/30/16 - pre-trial conf set for 12/15/16 @ 2pm
9/20 - 2015 1120S tax return mailed to IRS
9/26 - expert witness Tobey 1st interim fee app filed (DE 158), obj date up 10/17/16 - granted 10/26/16 (DE 159)
9/26 - mediation held in CA case against Experian by attorney Schwaba - tentative settlement for 2.75 million
11/9 - ZKS 2nd fee app filed, obj date up 11/30/16 (DE 161) - granted 12/8/16 (DE 163)
11/15 - mediation held 6:15-ap-102 - settled for $300,000 - motion to approve compromise filed, obj date up 12/6/16 (DE 162) - granted 12/9/16 (DE 164)
1/24/17 - 2016 1120S tax return mailed to IRS
2/2 - Tobey final fee app filed (DE 167)
2/3 - motion to allow sec claims 4 & 15 filed (DE 168 & 169) & granted  (DE 170 & 171)
2/8 - obj to duplicate claim 450 filed, obj date up 3/10/17 (DE 174) - granted 3/15/17 (DE 199)
2/10 - obj to duplicate claims 445, 794, 488 & 498 , obj date up 3/13/17 (DE 175-178) - granted 3/15/17 (DE 195-198)
2/14 - obj to duplicate claims 25, 489, 754, 778, 501, 497, 447, 724, 453, 491, 330, 440, 495, 765, 23 filed, obj date up 3/16/17 (DE 179-193) - granted 3/22 & 3/23 (DE 211-221)
2/16 - accountant fee app filed (DE 194)
4/11 - ZKS final fee app filed (DE 233)

4/11 - ttee fee app filed
4/11 - TFR sent to UST

| | | | |
|---|---|---|---|
| RE PROP # | 5 | -- | settled at mediation 11/15/16 |
| RE PROP # | 8 | -- | Any recovery is going to Texas Attorney General for distribution to consumers. |

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:   /s/ Richard B. Webber II, Trustee     Date: 04/13/2017

Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL  32802-3000
(407) 425-7010
rwebber@zkslawfirm.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 13-10876 | Trustee Name: | Richard B. Webber II, Trustee |
| Case Name: | Credit Alliance Group, Inc. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX4163 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9741 | Blanket Bond (per case limit): | $37,079,582.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/14 | 1 | Greg Shattuck<br>54 Chicon Street<br>Austin, TX 78702 | proceeds from auction per doc # 31 filed 1/3/14 | 1129-000 | $7,648.26 | | $7,648.26 |
| 02/14/14 | 2 | Quilling Selander Lownds<br>2001 Bryan St, Ste. 1800<br>Dallas, TX 75201 | sale of pers. prop. per doc # 52 in case # 13-10012 | 1229-000 | $25,000.00 | | $32,648.26 |
| 02/20/14 | 301 | Shattuck, Greg<br>54 Chicon Street<br>Austin, TX 78702 | Auction Commission per doc # 33 | 3610-000 | | $1,529.65 | $31,118.61 |
| 02/20/14 | 302 | Shattuck, Greg<br>54 Chicon Street<br>Austin, TX 78702 | Auction Expenses per doc # 33 | 3620-000 | | $4,686.50 | $26,432.11 |
| 02/28/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.79 | $26,414.32 |
| 03/17/14 | 1 | Greg Shattuck<br>54 Chicon Street<br>Austin, TX 78702 | auction proceeds per court order 12/3/13 doc # 22 | 1129-000 | $130.50 | | $26,544.82 |
| 03/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.34 | $26,505.48 |
| 03/31/14 | 303 | Shattuck, Greg<br>54 Chicon Street<br>Austin, TX 78702 | Auction Commission per doc # 40 | 3610-000 | | $26.10 | $26,479.38 |
| 04/08/14 | 3 | Unity One Credit Union | settlement granted per court order 12/20/13 doc # 28 wire transferred 4/7/14 | 1229-000 | $110,148.54 | | $136,627.92 |
| 04/30/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $164.83 | $136,463.09 |
| 05/30/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $202.82 | $136,260.27 |
| 06/30/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.99 | $136,064.28 |

Page Subtotals: $142,927.30  $6,863.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-10876 | Trustee Name: | Richard B. Webber II, Trustee |
|---|---|---|---|
| Case Name: | Credit Alliance Group, Inc. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX4163 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9741 | Blanket Bond (per case limit): | $37,079,582.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $202.23 | $135,862.05 |
| 08/27/14 | 304 | Mr. Cody Krebs and LowerMyBills. com c/o Sidney P. Levinson 555 South Flower Street Fiftieth Floor Los Angeles, CA 90071-2300 | Supboena witenss fee for 2004 exam set for 9/17/14 | 2990-000 | | $40.00 | $135,822.05 |
| 08/29/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.93 | $135,620.12 |
| 09/09/14 | 305 | Steve Heymann c/o Sidney P. Levinson 555 South Flower Street Fiftieth Floor Los Angeles, CA 90071-2300 | Supboena witenss fee for 2004 exam set for 9/18/14 | 2990-000 | | $40.00 | $135,580.12 |
| 09/30/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.12 | $135,385.00 |
| 10/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.34 | $135,183.66 |
| 11/28/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $194.53 | $134,989.13 |
| 12/10/14 | 304 | Mr. Cody Krebs and LowerMyBills. com c/o Sidney P. Levinson 555 South Flower Street Fiftieth Floor Los Angeles, CA 90071-2300 | Supboena witenss fee for 2004 exam set for 9/17/14 Reversal | 2990-000 | | ($40.00) | $135,029.13 |
| 12/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $200.69 | $134,828.44 |
| 01/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $200.39 | $134,628.05 |

Page Subtotals: $0.00   $1,436.23

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-10876 | Trustee Name: | Richard B. Webber II, Trustee |
|---|---|---|---|
| Case Name: | Credit Alliance Group, Inc. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX4163 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9741 | Blanket Bond (per case limit): | $37,079,582.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $180.73 | $134,447.32 |
| 03/23/15 | 306 | The Garden City Group 1985 Marcus Avenue, Suite 200 Lake Success, NY 11042 | Inv. # 17613 per Court Order dated 3/18/15 doc # 106 | 3991-000 | | $46,586.48 | $87,860.84 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $197.59 | $87,663.25 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.09 | $87,537.16 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.10 | $87,407.06 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $125.72 | $87,281.34 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.72 | $87,151.62 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.53 | $87,022.09 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $125.16 | $86,896.93 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.15 | $86,767.78 |
| 11/17/15 | 6 | US Treasury | tax refund | 1224-000 | $7.18 | | $86,774.96 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.80 | $86,650.16 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $128.78 | $86,521.38 |
| | | | Page Subtotals: | | $7.18 | $48,113.85 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-10876 | Trustee Name: | Richard B. Webber II, Trustee |
|---|---|---|---|
| Case Name: | Credit Alliance Group, Inc. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX4163 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9741 | Blanket Bond (per case limit): | $37,079,582.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/16 | 4 | Experian | settlement between Texas AG & Experian ref: 6:15-ap-104 doc # 13 & 14 | 1249-000 | $400,000.00 | | $486,521.38 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $603.51 | $485,917.87 |
| 02/16/16 | 7 | USAA Life Insurance Company 9800 Fredericksburg Rd San Antonio, TX 78288 | insurance refund | 1229-000 | $1,002.09 | | $486,919.96 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $674.28 | $486,245.68 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $720.73 | $485,524.95 |
| 04/19/16 | 307 | Zimmerman Kiser & Sutcliffe P.A. PO Box 3000 Orlando, FL 32802-3000 | per doc # 134 filed 4/18/16 | 3110-000 | | $49,152.50 | $436,372.45 |
| 04/19/16 | 308 | Zimmerman Kiser & Sutcliffe P.A. PO Box 3000 Orlando, FL 32802-3000 | per doc # 134 filed 4/18/16 | 3120-000 | | $5,192.59 | $431,179.86 |
| 04/28/16 | 309 | Robert L. Tobey Johnston Tobey Baruch PC 3308 Oak Grove Avenue Dallas, TX 75204 | Retainer per doc # 138 filed 4/22/16 | 3991-000 | | $5,000.00 | $426,179.86 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $670.46 | $425,509.40 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $631.66 | $424,877.74 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $609.45 | $424,268.29 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $628.86 | $423,639.43 |

Page Subtotals:  $401,002.09    $63,884.04

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-10876 | Trustee Name: | Richard B. Webber II, Trustee |
| Case Name: Credit Alliance Group, Inc. | Bank Name: | BOK Financial |
| | Account Number/CD#: | XXXXXX4163 |
| | | Checking |
| Taxpayer ID No: XX-XXX9741 | Blanket Bond (per case limit): | $37,079,582.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $627.93 | $423,011.50 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $606.77 | $422,404.73 |
| 10/27/16 | 310 | Johnston Tobey Baruch PC 3308 Oak Grove Avenue Dallas, TX 75204 | first interim fee app granted 10/26/16 doc # 159 | 3991-000 | | $5,645.00 | $416,759.73 |
| 10/27/16 | 311 | Johnston Tobey Baruch PC 3308 Oak Grove Avenue Dallas, TX 75204 | first interim fee app granted 10/26/16 doc # 159 | 3992-000 | | $33.00 | $416,726.73 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $626.10 | $416,100.63 |
| 11/22/16 | 312 | Emery H. Rosenbluth Jr. Broad and Cassel 390 N Orange Ave., Ste. 1400 Orlando, FL 32801 | mediation fee per doc # 27 filed 7/19/16 in 6:15-ap-102 Trustee v. Green / Underwood Perkins | 3721-000 | | $1,600.00 | $414,500.63 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $598.61 | $413,902.02 |
| 12/06/16 | 313 | Integrity PO Box 245 Manchaca, TX 78652 | Invoice # 13209 Court Reporter | 2990-000 | | $472.40 | $413,429.62 |
| 12/08/16 | 314 | Zimmerman Kiser & Sutcliffe P.A. PO Box 3000 Orlando, FL 32802-3000 | per doc # 163 filed 12/8/16 | 3110-000 | | $61,830.00 | $351,599.62 |
| 12/08/16 | 315 | Zimmerman Kiser & Sutcliffe P.A. PO Box 3000 Orlando, FL 32802-3000 | per doc # 163 filed 12/8/16 | 3120-000 | | $698.44 | $350,901.18 |
| 12/29/16 | 5 | XL Catlin 505 Eagleview Blvd Exton, PA 19341 | settlement per doc # 164 filed 12/9/16 | 1249-000 | $300,000.00 | | $650,901.18 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $553.70 | $650,347.48 |

Page Subtotals: $300,000.00    $73,291.95

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-10876 | Trustee Name: | Richard B. Webber II, Trustee |
|---|---|---|---|
| Case Name: | Credit Alliance Group, Inc. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX4163 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9741 | Blanket Bond (per case limit): | $37,079,582.00 |
| For Period Ending: | 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $907.10 | $649,440.38 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $843,936.57 | $194,496.19 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $843,936.57 | $194,496.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $843,936.57 | $194,496.19 |

Page Subtotals:  $0.00  $907.10

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4163 - Checking | $843,936.57 | $194,496.19 | $649,440.38 |
|  | $843,936.57 | $194,496.19 | $649,440.38 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $843,936.57 |
| Total Gross Receipts: | $843,936.57 |

Trustee Signature:    /s/ Richard B. Webber II, Trustee    Date: 04/13/2017

Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL  32802-3000
(407) 425-7010
rwebber@zkslawfirm.com

Page Subtotals:    $0.00    $0.00